UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.3:19-CR-144 |
| V. ) | |
| ) | |
| ) | |
| DUSTY OLIVER ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance on an Indictment. Assistant United States Attorney Jennifer Kolman was present representing the government. CJA Panel Attorney Stephen McGrath was present on behalf of the Defendant. The government moved for detention. A detention hearing is scheduled before the Honorable Bruce Guyton, United States Magistrate Judge for **Wednesday, September 11, 2019,** at **1:00 p.m.** The defendant acknowledged and agreed that he would remain in detention. The defendant shall be held in custody by the United States Marshal until the detention hearing, and produced for the above scheduled hearing.

ENTER:

                                                        s/ Bruce Guyton
                                                    Bruce Guyton
                                                    UNITED STATES MAGISTRATE JUDGE