IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| v. | ) | No. | 3:19-CR-145 |
| | ) | | |
| DUSTY WILLIAM OLIVER | ) | VARLAN / GUYTON | |

**MOTION TO CONTINUE TRIAL AND ALL OTHER DEADLINES**

COMES the Defendant, Dusty William Oliver, by and through counsel, and moves this Court to continue this trial and all related deadlines, and for his cause says as follows: Defendant was given a motion deadline of October 4, 2019 and a trial date of November 12, 2019 in the scheduling order filed September 6, 2019.

This is an aggravated sexual abuse case with a co-defendant. Notwithstanding the exercise of due diligence, Counsel has not had sufficient time to prepare adequately for the trial itself or to complete the evaluation of the need to file pretrial motions. Defendant waives his speedy trial rights. The requested continuance and extensions of deadlines are appropriate and necessary in this case. Counsel for Mr. Oliver has discussed this matter with counsel for the Government, who has indicated that this request is unopposed.

Respectfully submitted this 4th day of October, 2019.

                                                s/Stephen G. McGrath
                                                Stephen G. McGrath (BPR # 025973)
                                                9111 Cross Park Drive
                                                Bldg. D - Suite 200
                                                Knoxville, TN 37923
                                                Phone: (865) 540-8871
                                                Fax: (865) 540-8866
                                                Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 4th day of October, 2019.

s/Stephen G. McGrath  
Stephen G. McGrath