# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
KNOXVILLE   -   Courtroom 3A

**Case #:** 3:19-cr-145　　　　　　　　　　　　　　　　**Date:** October 30, 2019

United States of America   **vs.**   Richard Graham & Dusty Oliver

**Present Before:** Honorable Bruce Guyton, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Mallory Garringer | ECRO | Michelle Gensheimer |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| Jennifer Kolman | | Benjamin Sharp (Graham)<br>Stephen McGrath (Oliver) |

**Others Present:**

**Proceedings:**
Parties present for a motion hearing to address motion to continue (Doc. 20). Defendant Graham made an oral motion to join motion. Court granted motions and continued dates and deadlines. Order to enter.

Jury Trial:  April 28, 2020 at 9:00 a.m. before USDJ Varlan
Pretrial Conf:  April 13, 2020 at 11:00 a.m. before USMJ Guyton
Plea DDL:  April 13, 2020

**Time:** 1:45 p.m.   **to** 1:50 p.m.

I, M. Garringer, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR 319cr145   - 101319   -