

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case No: 3:19-CR-145                                    Date:   December 20, 2019

United States of America            vs.            Dusty Oliver

**PROCEEDINGS:  Change of Plea.**  The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

Julie Norwood                    Terri Grandchamp                    Scott Queener
**Deputy Clerk**                 **Court Reporter**                  **Probation Officer**

Jennifer Kolman                                          Scott McGrath
**Asst. U.S. Attorney**                                  **Attorney for Defendant**

- Defendant waives reading of Indictment
- Defendant Pleads guilty to count(s)  1 and 2
- Referred for Presentence Investigative Report.

DATE SET:   **Sentencing:** April 16, 2020 @ 10:00 victim impact statement followed by sentencing
                                    at 1:30 for dft Oliver
                    **Before** the Honorable Thomas A. Varlan, United States District Judge

- Defendant remanded to custody of the U.S. Marshal

10:45 to 1:05